```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
            Criminal No. 04-36(2)(DSD/SRN)
```

United States of America,

       Plaintiff,

v.                                **ORDER**

Adrian Tinajero,

       Defendant.

Based upon the report and recommendation by United States Magistrate Judge Susan R. Nelson, all the files and records, and no objections having been filed to said report and recommendation;

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to suppress evidence [Docket No. 42] is denied.

2. Defendant's motion to suppress admissions [Docket No. 43] is denied.

Dated:  June 28, 2005

                                              s/David S. Doty  
                                              David S. Doty, Judge  
                                              United States District Court